IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

PERRY A. MCCULLOUGH,

        Defendant.
_____/

CR. NO. S-89-0251 EJG

ORDER RE: DEFENDANT'S MOTION TO VACATE JUDGMENT

    Defendant, a federal prisoner proceeding pro se, filed a motion to vacate judgment pursuant to Federal Rule of Civil Procedure 60(b) on June 12, 2006. The government filed its response on June 15, 2006. Defendant may file a reply within 30 days of the filing date of this order. The matter will stand submitted upon receipt of the brief.

    IT IS SO ORDERED.

Dated: June 23, 2006

                        /s/ Edward J. Garcia
                        EDWARD J. GARCIA, JUDGE
                        U. S. DISTRICT JUDGE