IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,        CR. NO. S-89-0251 EJG

    v.                   ORDER DENYING MOTION TO VACATE
                           JUDGMENT

PERRY A. MCCULLOUGH,

        Defendant.
_____

    Defendant, a federal prisoner proceeding pro se, has filed a motion seeking to vacate his criminal conviction pursuant to Federal Rule of Civil Procedure 60(b)(4), contending the court lacked subject matter jurisdiction.  The government has filed a response to the motion, to which defendant has filed a reply.  After considering the record and the documents filed in connection with the motion, and for the reasons that follow, the motion to vacate judgment is DENIED.

    This case has a lengthy procedural history.  Suffice it to say that defendant is serving a criminal sentence imposed

1

pursuant to a criminal conviction for violation of various criminal statutes, which conviction has withstood numerous post-conviction attacks and has been upheld by the Ninth Circuit Court of Appeals.

In the instant motion, defendant tries yet another tack to end his imprisonment.  However, as the government points out, a Rule of Civil Procedure cannot be used to attack jurisdiction of a criminal case. "[T]he Federal Rules of Civil Procedure do not apply to criminal cases." United States v. Andrade-Larrios, 39 F.3d 986, 988 (9th Cir. 1994).  Alternatively, the 60(b) motion must be construed as a successive post-conviction attack pursuant to 28 U.S.C. § 2255.  Cooper v. Calderon, 274 F.3d 1270, 1274 (9th Cir. 2001).  As such, this court lacks jurisdiction to consider it.  Defendant must seek and obtain permission from the appellate court prior to filing a successive motion to vacate, set aside or correct his sentence.  See 28 U.S.C. § 2255 (successive motions require compliance with certification procedure of 28 U.S.C. §2244).

The motion to vacate judgment is DENIED.

IT IS SO ORDERED.

Dated: August 8, 2006

/s/ Edward J. Garcia
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT

2