IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,

              Plaintiff,         CR. NO. S-89-0251 EJG

        v.                 ORDER DENYING MOTION FOR
                                   RECONSIDERATION

PERRY ADRON MCCULLOUGH,

              Defendant.

_____/


     Defendant, a federal prisoner proceeding pro se, has filed a motion for reconsideration of the court's August 8, 2006 order denying his motion to vacate judgment.  The motion does not raise new or different facts or circumstances or recite an intervening change in the law.  Defendant's sole basis for seeking reconsideration is his disagreement with the court's legal analysis.[1]  On that basis, reconsideration is not warranted.  The motion is DENIED.

     IT IS SO ORDERED.

Dated: August 24, 2006

                             /s/ Edward J. Garcia
                             EDWARD J. GARCIA
                             U. S. DISTRICT JUDGE

---

[1]  Despite defendant's protestations to the contrary, his challenge to the court's jurisdiction over the underlying "criminal" case is not an attack on a defect in the federal habeas proceedings; therefore, the Rule 60(b) motion must be construed as a successive habeas petition. Gonzalez v. Crosby, 125 S.Ct. 2641 (2005).