IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

PERRY MCCULLOUGH,

        Defendant.
_____/

CR. NO. S-89-0251 EJG

ORDER DENYING MOTION TO STRIKE

    Defendant, a federal prisoner proceeding pro se, has filed a motion to strike the court's August 24, 2006 order that denied reconsideration of the court's August 8, 2006 order rejecting defendant's Rule 60(b)(4) request to vacate the judgment in this criminal case. The basis for the motion appears to be twofold: first, defendant re-argues the basis for his prior Rule 60(b)(4) motion, contending no case or controversy exists sufficient for the court to preside over the criminal indictment; second, he was not served with a copy of the order. Neither basis supports the requested relief.

///

1

1    Defendant's motion for reconsideration presented no legal
2 justification for the court to reconsider its earlier order.  In
3 addition, a copy of the court's docket sheet shows that defendant
4 was in fact <u>served</u> with a copy of the August 24th order denying
5 reconsideration.  Whether he <u>received</u> the order is another
6 matter.
7    Defendant acknowledges that the docket sheet reflects both
8 his correct address and service of the order, nonetheless he
9 speculates that either the Clerk of Court, the Postal Service or
10 the mailroom staff at the federal correctional institute where he
11 is housed are to blame.  Defendant's ruminations avail him not.
12 Pursuant to Federal Rule of Civil Procedure 5(b)(2)(B), mailing
13 to the last known address is deemed completion of service.[1]  Non-
14 receipt of the order does not affect its validity.  <u>See</u> <u>Carter v.</u>
15 <u>McGowan</u>, 524 F.Supp. 1119, 1121 (D. Nev. 1981) *citing* 4 Charles
16 Alan Wright & Arthur R. Miller, Federal Practice & Procedure §
17 1148.  Accordingly, the burden is on defendant to prove
18 otherwise.
19 ///
20 ///
21 ///
22 ///
23 ///

---

[1] Federal Rule of Criminal Procedure 49( c ) provides that orders on all post-arraignment motions are to be served in the manner provided for in a civil action.

CONCLUSION

1.  The motion to strike, and the alternative motion to reopen the time for filing a notice of appeal, are DENIED.

2.  The Clerk of Court is directed to serve, again, a copy of the Court's August 24, 2006 Order Denying Reconsideration, upon defendant at the address listed on the master docket. The Clerk is also directed to remove attorney John Tremblatt from the service list. This attorney is not and never has been associated with representation of defendant McCullough.

IT IS SO ORDERED.

Dated: November 1, 2006

/s/ Edward J. Garcia
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT