IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

                                 CR. NO. S-89-0251 EJG

   v.

                                 ORDER STRIKING DOCUMENTS

PERRY ADRON MCCULLOUGH,

        Defendant.
_____/

    Documents titled "Notice of Filing By Secretary of State", and "Judicial Notice of Adjudicative and Legislative Facts", filed by defendant August 24, 2007, are ordered STRICKEN.  This criminal case is closed.  No motions are pending and no action is required by the filing of these documents.

    IT IS SO ORDERED.

Dated: August 28, 2007

                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA, JUDGE
                                        UNITED STATES DISTRICT COURT