IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

                                CR. NO. S-89-0251 EJG

    v.

                                ORDER STRIKING DOCUMENT

PERRY ADRON MCCULLOUGH,

        Defendant.
_____/

    Defendant, a federal prisoner proceeding <u>pro se</u>, has filed a document on February 11, 2008 titled, "Reconventon Demand for Judicial Determination Of Facts And Law Upon Writ Of Error, And Entry by close Writ."  The Clerk of Court is directed to strike this document from the record.  This is a closed case; nothing is pending before this court.  Defendant is admonished that continued filing of frivolous documents in a closed case could result in the issuance of a vexatious litigant order.

    IT IS SO ORDERED.

Dated: February 19, 2008

                                            /s/ Edward J. Garcia
                                            EDWARD J. GARCIA, JUDGE
                                            UNITED STATES DISTRICT COURT