~~ORIGINAL~~ FILED

DEC 18 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No 2:89-00251-EJG |
| Appellee, | ORDER (proposed) |
| -v- | |
| PERRY ADRON MCCULLOUGH, | |
| Appellant. | |

IT IS HEREBY ORDERED

The Appellant is hereby granted leave to proceed on Appeal in forma pauperis.

IT IS SO ORDERED

Edward J. Garcia
United States District
Court Judge
12-19-08