UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:89-CR-00251-WBS |
| Plaintiff, | |
| v. | ORDER |
| PERRY ADRON MCCULLOUGH, | |
| Defendant. | |

----oo0oo----

Defendant Perry Adron McCullough moves for early termination of his supervised release pursuant to 18 U.S.C. §3583(e)(1). As defendant acknowledges in his motion, after service of a lengthy term of imprisonment, the primary goal of supervised release is to ease the defendant's transition into the community. The court agrees that supervised release is not for the purpose of punishing defendant. However, given this defendant's history of activities since his release, the court believes he is still in need of the probation officer's assistance in transitioning back into society as a productive and law-abiding citizen.

Defendant has made no showing of any new or unforeseen

1

circumstances that would render the original five-year term of supervised release inappropriate.  See United States v. Miller, 205 F.3d 1098, 1101 (9th Cir. 2000).  Nor has he made any showing that the conditions of his release are particularly onerous or cause him any undue hardship.  Accordingly, the court declines to exercise its discretion to reduce the term of supervised release originally imposed.

IT IS THEREFORE ORDERED that defendant's Motion to Terminate Supervised Release (Docket No. 883) be, and the same hereby is, DENIED.

Dated:  August 8, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE